IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:22-CR-213-P |
| DAVID DEVANEY JR. (2) | |

### DEFENDANT DAVID DEVANEY JR.'S WITNESS LIST

| No. | Witness | Sworn | Testified |
|---|---|---|---|
| 1. | Investigator Larry Sparks<br>Burleson Police Department<br><br>This witness will testify regarding his investigation of the alleged offenses in the indictment. | | |
| 2. | Detective Curran Massey<br>Johnson County Sheriff's Office<br><br>This witness will testify regarding his investigation of the alleged offenses in the indictment. | | |
| 3. | Detective Shane Morrison<br>Burleson Police Department<br><br>This witness will testify regarding his investigation of the alleged offenses in the indictment. | | |
| 4. | Sgt. Don Adams<br>Burleson Police Department<br><br>This witness will testify regarding his investigation of the alleged offenses in the indictment, including his arrest of the defendant. | | |
| 5. | Jazmine Perez<br><br>This witness will testify regarding her contact with and observations of the defendant on June 24, 2022. | | |
| 6. | Tom Scroggins | | |

**Witness List - Page 1 of 3**

| | | | |
|---|---|---|---|
| | This witness will testify regarding his contact with and observations of the defendant from 2021-the time of his arrest. | | |
| 7. | Alex Scroggins<br><br>This witness will testify regarding her contact with and observations of the defendant from 2021-the time of his arrest. | | |
| 8. | Tami McElfresh<br><br>This witness will testify regarding her relationship with both the defendant and David Devaney Sr.  She will also testify regarding the dynamics of the relationship of the defendant and David Devaney Sr. | | |
| 9. | Vicki Hall<br>Tarrant County Medical Examiner's Office<br><br>This witness will testify regarding the contents of her report in TCME report number 2211726.  The Government has already designated this witness as an expert who will testify during their case in chief.  The defense discloses this witness out of an abundance of caution in the event that the government does not call her. | | |
| 10. | David Shipman Sr.<br><br>This witness will testify regarding his contact with and observations of the defendant from 2021-the time of his arrest. | | |

Respectfully submitted,

*/s/ Matthew J. Smid*
MATTHEW J. SMID
Texas Bar No. 24063541
301 Commerce Street, Suite 2002
Fort Worth, TX 76102
Telephone:  817-332-3822
Email:  matt@mattsmidaw.com

*/s/ Brian D. Poe*
BRIAN D. POE
Texas Bar No. 24056908
909 Throckmorton Street
Fort Worth, TX 76102
Telephone:  817-870-2022
Email:  bpoe@bpoelaw.com

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

*/s/ Matthew J. Smid*
MATTHEW J. SMID