# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | |
| **v.** | § | **Criminal Action No. 4:22-cr-00213-P** |
| | § | |
| **DAVID DEVANEY, SR. (01)** | § | |
| **DAVID DEVANEY, JR. (02)** | § | |
| **Defendants.** | § | |

## AMENDED ORDER

On October 31, 2022, came to be heard the Government's Motion to Amend Count Eight of the Superseding Indictment. (ECF No. 116). For the reasons stated on the record at the hearing and set forth in the motion, it is **GRANTED**.  Also, before the Court are the Motion in Limine filed by Defendant David Devaney, Sr. (ECF No. 106), the Motion in Limine (ECF No. 43), and the Supplemental Motion in Limine filed by Defendant David Devaney, Jr. (ECF No. 99). After consideration, the said motions in limine are **DENIED** without prejudice to the Defendants' reasserting the same arguments contained therein at trial.

**SO ORDERED** on this **1st day** of **November 2022**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE